UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                                  ) Case No.:   1:16-cr-003, Buckson
                                        )             1:16-cr-012, Ali
MOTION TO DISMISS                       )             1:16-cr-030, Forrest, Jr.
                                        )             1:16-cr-069, Hawk
                                        )             1:16-cr-071, Pinson
                                        )             1:16-cr-073, Warren
                                        )             1:17-cr-023, Simmons

## ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the

above-captioned cases.   The Court finds a basis for the dismissals.   Therefore,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of

court, the motions are **GRANTED**.

SO ORDERED this ___1ˢᵗ___ day of ___March___, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE
JUDGE
SOUTHERN DISTRICT OF GA

1